UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MATTHEW G. BEVIN, *ex rel* COMMONWEALTH OF KENTUCKY, *et al.*, | ) ) ) ) | Civ. No: 3:18-cv-00008-GFVT |
| Plaintiffs, | ) ) | **JUDGMENT** |
| V. | ) ) | |
| RONNIE MAURICE STEWART, *et al.*, | ) ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. Judgment is **ENTERED** in favor of the Defendants;

2. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket**.**

This 20th day of August, 2018.

Gregory F. Van Tatenhove
United States District Judge